

# PORTALE | RANDAZZO

James A. Randazzo, Esq.
jrandazzo@portalerandazzo.com
Direct Dial: 914-359-2410

May 6, 2021

**VIA ECF**
Honorable Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:   Baker v. Village of Piermont, et al.
              Case No.: 20-cv-01690 (CS)

Dear Judge Seibel:

      Please be advised that the above-referenced matter has been settled. We are requesting thirty days to finalize the paperwork and to submit a proposed Stipulation of Discontinuance to be So Ordered by the Court.

      Thank you for your courtesies.

                              Very truly yours,

                              James A. Randazzo

JAR/cp
cc:   David Fried (Via ECF)

245 MAIN STREET SUITE 340 WHITE PLAINS, NY 10601

WWW.PORTALERANDAZZO.COM

MAIN: 914-359-2400 | FAX: 914-801-5447