UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Baker,

                        Plaintiff(s),

      -against –

Village of Piermont, et al.,

                        Defendant(s).
-----------------------------------------------------------X

**O R D E R**

7:20-CV-01690 (CS)

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

      **SO ORDERED**.

Dated: May 6, 2021

      White Plains, New York

                                              *Cathy Seibel*

                                     _____

                                     CATHY SEIBEL, U.S.D.J.